UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In Re:

FLOSS BAR, INC. *et al.*

                    Debtors and
                    Debtors in Possession

--------------------------------------------------------X

Chapter 11

Case No.:  22-11671 (MEW)

(Jointly Administered)

### ORDER FIXING TIME FOR VOTING TO ACCEPT OR REJECT PLAN, COMBINED WITH NOTICE THEREOF

WHEREAS, Floss Bar Inc. and Med Bar LLC, (the "Debtors") have filed a Plan of Liquidation Under Subchapter V of Chapter 11 on March 13, 2023 [Docket 39] the ("Plan");

WHEREAS, the Plan, and any Exhibits thereto, are available from the Bankruptcy Court Website at www.nysb.uscourts.gov or from the Debtors' counsel identified below;

Now therefore, and good cause appearing, it is,

ORDERED, and notice is hereby given, that:

A.  The Court will conduct a hearing to consider confirmation of the Plan on **May 23, 2023 at 10:00 AM** (prevailing Eastern Time) in the United States Bankruptcy Court for the Southern District of New York (the "Confirmation Hearing") said hearing to be conducted telephonically through CourtSolutions. Attendees must register with CourtSolutions at https://www.court-solutions.com/.  Further instructions can be found at the Court's website at http://www.nysb.uscourts.gov/general-orders-and-guidance-created-covid-19.

B.  May 16, 2023 is fixed as the last day for filing and serving pursuant to Fed. R. Bankr. P. 3020(b)(1) written objections to confirmation of the plan.

C.  May 16, 2023 is fixed as the last day for voting for or against the Plan.  Completed ballots must be received by counsel to the Debtors using the following address or email address at:

                    Mandelbaum Barrett PC
                    Attn: Vincent J. Roldan, Esq.
                    3 Becker Farm Road
                    Roseland NJ 07079
                    vroldan@mblawfirm.com

D. On or before Friday April 14, 2023, the Plan and a ballot conforming to Ballot for Accepting or Rejecting Plan of Reorganization (Official Form 314), and substantially in the form attached hereto as Exhibit A, shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States trustee, as provided in Fed. R. Bankr. P. 3017(d);

E. The Debtors shall file with the court a ballot summary report containing the vote tabulation no later than May 19, 2023; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
       April 12, 2023

/s/ **Michael E. Wiles**
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In Re:                                                              Chapter 11

FLOSS BAR, INC. *et al*                                       Case No.:  22-11671 (MEW)

                                                                   (Jointly Administered)
                           Debtors and
                           Debtors in Possession
--------------------------------------------------------X

## BALLOT VOTING TO ACCEPT OR REJECT THE PLAN OF
## LIQUIDATION UNDER SUBCHAPTER V OF CHAPTER 11

Class ____ Ballot for Accepting or Rejecting Plan of Reorganization

Floss Bar, Inc. and Med Bar, LLC ("Debtors") filed a Plan of Liquidation under Subchapter V of Chapter 11 dated March 13, 2023 [Docket 39] the ("Plan").  The Court has entered the attached Order Fixing Time For Voting To Accept or Reject Plan, Combined With Notice Thereof [Docket _____].

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class ____ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by counsel to the Debtors, Mandelbaum Barrett PC, 3 Becker Farm Road, Roseland NJ 07068 Attn: Vincent J. Roldan on or before May __, 2023, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

1

<u>Acceptance or Rejection of the Plan</u>

The undersigned, the holder of a Class ___ claim against the Debtor (___ Floss Bar, Inc. or ___ Med Bar, LLC) in the unpaid amount of Dollars ($ _____)

*Check one box only*

☐**Accepts the plan**
☐**Rejects the plan**

The undersigned certifies that (i) it is the holder of a claim against the above Debtor, and (ii) it has full power and authority to vote to accept or reject the Plan.

Dated: _____

Name of Creditor: _____

Print or type name: _____

Signature: _____
Title (if corporation or partnership) _____

Address: _____
_____
_____

**Return this ballot by mail or email to:**
Mandelbaum Barrett PC
3 Becker Farm Road
Roseland NJ 07068
Attn: Vincent J. Roldan
vroldan@mblawfirm.com

<u>BALLOTS SENT BY FACSIMILE OR TELECOPIER WILL NOT BE COUNTED UNLESS THE DEBTOR IN WRITING WAIVES THIS REQUIREMENT AND ACCEPTS ALTERNATIVE MEANS OF TRANSMISSION OR DELIVERY OF ANY BALLOT.</u>

<u>ANY BALLOT WHICH IS PROPERLY EXECUTED BUT DOES NOT INDICATE AN ACCEPTANCE OR REJECTION OF THE PLAN SHALL BE COUNTED AS AN ACCEPTANCE.</u>

2