MANDELBAUM BARRETT PC  
3 Becker Farm Road, Suite 105  
Roseland, New Jersey 07068  
Ph.: 973-736-4600  
Fax: 973-736-4670  
Vincent J. Roldan  
vroldan@mblawfirm.com  

Hearing Date: May 9, 2023 10:00 AM  
Objection deadline: May 2, 2023  

*Attorneys for Debtors*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
---------------------------------------------------------X  

In Re:  

FLOSS BAR, INC. *et al.*  

                Debtor  
---------------------------------------------------------X  

Chapter 11  

Case No.: 22-11671  

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that upon the following motion (the "Motion"), a hearing will be held before the Hon. Michael E. Wiles, United States Bankruptcy Judge, on **May 9, 2023 at 10:00 AM**, to consider the following:

1. Motion for an Order approving the sale of certain equipment pursuant to Bankruptcy Code sections 105(a) and 363(b) ("Sale Motion")

2. and for such other and further relief as this Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE**, the Sale Motion seeks the following relief:

| | |
|---|---|
| Relief requested: | Sale of certain equipment pursuant to a term sheet via private sale. |
| Buyer: | Bristol Park Dental Associates PLLC |
| Purchase price: | $55,000 cash |
| Warranties: | None. As is/ where is |
| Conditions: | Inspection and approval by Buyer |

**PLEASE TAKE FURTHER NOTICE**, that the hearing will be held telephonically.

4861-7420-6301, v. 1

Attendees must register with CourtSolutions at https://www.court-solutions.com/. Note that telephonic and video hearings will be recorded by the Court. No other recordings of telephonic or video hearings may be made.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall be made in writing, filed with the Bankruptcy Court at the Court's website www.nysb.uscourts.gov (log in and password required), with a copy delivered directly to the chambers of the Honorable Michel E. Wiles at One Bowling Green, New York, NY 10004-1408, and served upon Mandelbaum Barrett PC, 3 Becker Farm Road, Roseland NJ 07068 Attn: Vincent J. Roldan, Esq. so as to be received no later than May 2, 2023.

Dated: April 14, 2023
      New York, NY

                                    MANDELBAUM BARRETT P.C.

                                    By:      /s/ Vincent J. Roldan
                                         Vincent J. Roldan (VR-7450)
                                  *Attorneys for*
                                  *Debtors and Debtors-in-Possession*
                                  3 Becker Farm Road
                                  Roseland, NJ 07068
                                  973-974-9815
                                  vroldan@mblawfirm.com