## Term Sheet for Sale of Assets

Floss Bar, Inc. ("Floss Bar") and Bristol Park Dental Associates, PLLC ("Bristol Park Dental") are entering into an agreement for the purchase of certain assets owned by Floss Bar. Bristol Park Dental wishes to purchase the items included in Exhibit A for $55,000.00 in cash. The salient points of the proposed transaction are as follows:

1- Bristol Park Dental will purchase the items included in Exhibit A of this Agreement for $55,000.00 in cash.

2- Bristol Park Dental acknowledges and agrees that this is a transaction without any warranties, including, without limitation, any warranties of fitness for a particular use or merchantability.

3- Bristol Park Dental has no connection with Floss Bar and/or their principals other than through this arm's length transaction.

4- Sale is conditioned on inspection and approval by Bristol Park Dental of Assets being purchased.

Bristol Park Dental Ass, PLLC

Signature

Print Name: Dr. Facid Hamid

Title: Owner

Date: 13 APR 2023

FLOSS BAR, INC.

Signature

Print Name: Ronen Yair

Title: Chief Operating Officer

Date: 4/13/23

| Item | Quanity we have | Unit Type | Internet Price | Discount Price | *conditional on inspection Buying | Quantity buying | $110,997 Total |
|---|---|---|---|---|---|---|---|
| Aseptico Porable Dental Units | 11 | Each | $5,400 | $2,700 | Yes | 11 | $29,700 |
| ASI Units | 1 | Each | $1,600 | $800 | Yes | 3 | $800 |
| Nomad Portable Xray Machines | 2 | Each | $2,500 | $1,250 | Yes | 2 | $2,500 |
| Dexcowin Xray Machines | 2 | Each | $4,700 | $2,350 | Yes | 2 | $4,700 |
| Gloves - Medium | 10 | Case | $80 | $40 | Yes | 10 | $400 |
| Gloves - Small | 10 | Case | $80 | $40 | Yes | 10 | $400 |
| Massage Table | 2 | Each | $118 | $59 | Yes | 1 | $118 |
| Orthoralix 8500 | 1 | Each | $8,000 | $4,000 | | | $4,000 |
| Pelton & Crane SP18 Chair | 1 | Each | $3,500 | $1,750 | Yes | 1 | $1,750 |
| Toothie Costume | 1 | Each | $400 | $200 | Yes | 1 | $200 |
| Sterident Dry Heat Sterilizer | 2 | Each | $900 | $450 | Yes | 2 | $900 |
| Tuttnauer Autoclave | 1 | Each | $3,000 | $1,500 | Yes | 1 | $1,500 |
| Woodpecker Ultrasonic Scalers | 4 | Each | $240 | $120 | Yes | 4 | $480 |
| Prophy instrument packs (full) | 20 | Each | $95 | $48 | Yes | 45 | $950 |
| Prophy instrument packs (2 scalers, 1 probe, no | 20 | Each | $90 | $45 | Yes | 220 | $900 |
| Piezo Scaling Tip Keys/Wrenches | 173 | Units | $99 | $50 | Yes | 173 | $4,901 |
| Piezo Tips | 20 | Units | $130 | $65 | Yes | 20 | $1,300 |
| | | | | | | | $55,499 |