UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In Re:

FLOSS BAR, INC.

               Debtor

---------------------------------------------------------X

Chapter 11

Case No.:  22-11671

# ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND 363(b) AUTHORIZING THE PRIVATE SALE OF CERTAIN EQUIPMENT

Upon the motion ("Motion") of Floss Bar, Inc. and Med Bar, LLC (collectively, "Debtors") for an order pursuant to sections 105(a) and 363(b) of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule") 2002, 6004, 6006, and 9014 approving the sale of certain equipment ("Equipment") via private sale pursuant to the term sheet with Bristol Park Dental Associates PLLC ("Buyer") attached to the Motion as Exhibit A ("Term Sheet"), and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Debtors provided adequate and appropriate notice of the Motion; and that no other or further notice is required; and the Court having considered the Motion, the opposition thereto, if any, and the arguments of counsel, if any; and for good cause shown,

      **IT IS ORDERED** as follows:

    1.      The Motion is granted.

    2.      The Term Sheet is approved.

4867-9594-5821, v. 1

3. As provided by Bankruptcy Rules 6004(h), this Order shall be effective and enforceable immediately upon its entry, and the sale approved by this Order may close immediately upon entry of this Order, notwithstanding any otherwise applicable waiting periods.

4. Floss Bar, Inc. and Med Bar, LLC are authorized to take all actions necessary to effectuate the relief granted in this Order.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York  
May __, 2023

_____  
UNITED STATES BANKRUPTCY JUDGE

4867-9594-5821, v. 1