| Month | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Jan-24 |
|---|---|---|---|---|---|---|---|---|---|
| **AR Balance** | | | | | | | | | |
| Med Bar Insurance Claims | $ 522,604.29 | $ 506,104.29 | $ 489,604.29 | $ 456,604.29 | $ 423,604.29 | $ 385,104.29 | $ 341,104.29 | $ 297,104.29 | $ 253,104.29 |
| Management Service Agreement Claims | $ 1,019,718.25 | $ 986,718.25 | $ 956,718.25 | $ 906,718.25 | $ 836,718.25 | $ 766,718.25 | $ 696,718.25 | $ 626,718.25 | $ 556,718.25 |
| Med Bar Corporate AR | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 7,000.00 | $ 7,000.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ - |
| **Bank Bal (-)** | **$ 10,000.00** | **$ 3,866.50** | **$ 4,629.25** | **$ 6,196.75** | **$ 9,020.50** | **$ 12,519.25** | **$ 16,374.25** | **$ 20,754.25** | **$ 24,740.50** |
| Insurance Payments | $ 5,000.00 | $ 7,500.00 | $ 7,500.00 | $ 15,000.00 | $ 15,000.00 | $ 17,500.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 |
| Management Fees | $ 10,000.00 | $ 15,000.00 | $ 15,000.00 | $ 25,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 |
| Other Corporate Sales | $ 5,000.00 | | $ 5,000.00 | | $ 5,000.00 | | $ 5,000.00 | | $ 5,000.00 |
| Sale of Assets (equipment, IP, trade secrets, etc.). | $ 50,000.00 | $ 50,000.00 | $ 40,000.00 | $ 10,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 |
| Litigation Receipts | | | | | | | | | |
| Salary Employees | $ (37,000.00) | $ (37,000.00) | $ (37,000.00) | $ (19,000.00) | $ (19,000.00) | $ (19,000.00) | $ (19,000.00) | $ (19,000.00) | $ (10,000.00) |
| Storage Units | $ (500.00) | $ (1,500.00) | | | | | | | |
| Vehicle Payments | $ (1,600.00) | | | | | | | | |
| Insurance Payments - Auto | $ (240.00) | $ (240.00) | | | | | | | |
| Insurance Payments - Corporate | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) |
| Staffing Costs | $ (2,500.00) | | $ (2,500.00) | | $ (2,500.00) | | $ (2,500.00) | | $ (2,500.00) |
| Medcare MSO | $ (2,250.00) | $ (3,375.00) | $ (2,250.00) | $ (3,375.00) | $ (3,375.00) | $ (6,000.00) | $ (7,500.00) | $ (7,875.00) | $ (8,250.00) |
| Legal Fees - Pre Confirmation | $ (15,000.00) | $ (15,000.00) | $ (5,000.00) | $ (5,000.00) | $ (10,000.00) | | | | |
| Legal Fees - Post Confirmation | | | | | | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) |
| Software Expenses | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (250.00) | $ (250.00) |
| Unpaid Taxes | | $ (8,500.00) | $ (8,500.00) | $ (2,000.00) | | | | | |
| General Business Expenses | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) |
| Fora Financial | $ (7,743.50) | $ (4,322.25) | $ (8,882.50) | $ (16,001.25) | $ (19,826.25) | $ (21,845.00) | $ (24,820.00) | $ (22,588.75) | $ (32,045.00) |
| Unsecured Creditors | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Subchapter V Fees | $ (7,500.00) | | | | | | | | |
| | **$ 3,866.50** | **$ 4,629.25** | **$ 6,196.75** | **$ 9,020.50** | **$ 12,519.25** | **$ 16,374.25** | **$ 20,754.25** | **$ 24,740.50** | **$ 30,395.50** |

| | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| | $ 209,104.29 | $ 176,104.29 | $ 143,104.29 | $ 110,104.29 | $ 88,104.29 | $ 66,104.29 | $ 44,104.29 | $ 22,104.29 | $ 104.29 | Based on Dr. Chrono data entry pre-work stoppage on 12.12.22. This balance is an estimate only and may not accurately reflect Med Bar's AR. In addition, this amount is reduced pursuant to historical collection rates, and some AR will be uncollectable. |
| | $ 476,718.25 | $ 396,718.25 | $ 316,718.25 | $ 246,718.25 | $ 186,718.25 | $ 136,718.25 | $ 86,718.25 | $ 46,718.25 | $ 6,718.25 | Based on Dr. Chrono data entry pre-work stoppage on 12.12.22. This balance is an estimate only and may not accurately reflect Med Bar's AR. In addition, this amount is reduced pursuant to historical collection rates, and some AR will be uncollectable. |
| | $ - | $ - | $ - | | | | | | | |
| | $ 30,395.50 | $ 36,425.50 | $ 42,080.50 | $ 69,298.00 | $ 74,203.00 | $ 77,233.00 | $ 95,683.00 | $ 113,133.00 | $ 128,833.00 | |
| | $ 20,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | |
| | $ 40,000.00 | $ 40,000.00 | $ 40,000.00 | $ 35,000.00 | $ 30,000.00 | $ 25,000.00 | $ 25,000.00 | $ 20,000.00 | $ 20,000.00 | |
| | | $ 5,000.00 | | $ 5,000.00 | | $ 5,000.00 | | $ 5,000.00 | | |
| | | | $ 185,500.00 | | | | | | | |
| | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | |
| | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | |
| | | $ (2,500.00) | | $ (2,500.00) | | $ (2,500.00) | | $ (2,500.00) | | |
| | $ (8,250.00) | $ (8,250.00) | $ (9,000.00) | $ (8,250.00) | $ (8,250.00) | $ (7,500.00) | $ (6,000.00) | $ (5,250.00) | $ (5,250.00) | Paid on a percentage of collections (15%) |
| | | | $ (30,000.00) | | | | | | $ (5,000.00) | |
| | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | |
| | | | $ (8,500.00) | | | | | | | |
| | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | $ (300.00) | |
| | $ (34,170.00) | $ (32,045.00) | $ (154,232.50) | $ (27,795.00) | $ (17,170.00) | | | | | Fora Financial is paid 85% of all funds collected after accounting for expenses listed here. If collections increase, then they would be paid proportionately more. |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (137,000.00) | Remainder to Unsecured Creditors |
| | $ 36,425.50 | $ 42,080.50 | $ 69,298.00 | $ 74,203.00 | $ 77,233.00 | $ 95,683.00 | $ 113,133.00 | $ 128,833.00 | $ 33.00 | |