**Liquidation Analysis**

| | Month | Apr-23 | Discount | | Notes |
|---|---|---|---|---|---|
| | | Book | (Low- 10%) | (High- 35%) | |
| | AR Balance | | | | |
| Med Bar Insurance Claims | $ | 522,604.29 | $ 52,260.43 | $ 182,911.50 | |
| Management Service Agreement Claims | $ | 1,019,718.25 | $ 101,971.83 | $ 356,901.39 | |
| Med Bar Corporate AR | $ | 10,000.00 | $ 1,000.00 | $ 5,000.00 | |
| | | | | | |
| Bank Bal (-) | $ | 10,000.00 | $ 10,000.00 | $ 10,000.00 | No discount |
| | | Book | (Low- 10%) | (High- 50%) | |
| | Other assets | | | | |
| Floss Bar Equipment | $ | 137,600.00 | $ 13,760.00 | $ 68,800.00 | |
| Floss Bar Vehicle | | $80,000 | $ 10,000.00 | $ 44,000.00 | $26k Financing Remaining |
| Med Bar Equipment | $ | - | $ - | $ - | |
| Floss Bar litigations | $ | 371,000.00 | $ 37,100.00 | $ 185,500.00 | |
| Med Bar litigations | $ | 380,000.00 | $ - | $ - | Likely no net benefit to the estate |
| Floss Bar IP | $ | 25,000.00 | $ 2,500.00 | $ 12,500.00 | |
| Med Bar IP | $ | - | $ - | $ - | |
| | | Book value | Low | High | |
| ASSETS AVAILABLE | $ | 2,530,922.54 | $ 228,592.25 | $ 865,612.89 | |
| | | | | | |
| | Expenses | | | | |
| Billing Company Fees | | | $ 23,134.84 | $ 80,971.93 | Paid 15% of collections |
| Legal Fees | | | $ 20,000.00 | $ 100,000.00 | |
| Chapter 7 Trustee Commission | | | $ 11,429.61 | $ 43,280.64 | |
| Chapter 7 Trustee Auctioneer | | | $ 5,000.00 | $ 20,000.00 | |
| Chapter 7 Trustee Expenses | | | $ 2,500.00 | $ 10,000.00 | |
| | | Book value | Low | High | |
| **NET ASSETS AVAILABLE FOR CREDITORS** | | | $ 166,527.80 | $ 611,360.31 | |
| | | | | | |
| | Recovery | | Low | High | |
| Mandelbaum Barrett Legal Fees | | | $ 50,000.00 | $ 50,000.00 | |
| Fora Financial | | | $ 431,909.84 | $ 431,909.84 | |
| Huntington | | | $ 26,000.00 | $ 26,000.00 | |
| Floss Bar Taxes | | | $23,790.95 | $23,790.95 | |
| Med Bar Taxes | | | $1,165.00 | $1,165.00 | |
| Subchapter V Trustee | | | $7,500.00 | $7,500.00 | |
| Wind Down Salary | | | $74,000.00 | $74,000.00 | |
| | | | | | |
| **MONEY AVAILABLE FOR UNSECURED CREDITORS** | | | | | |
| Floss Bar Unsecured | | | $ - | $ - | |
| Med Bar Unsecured | | | $ (447,837.99) | $ (3,005.48) | (No distribution) |